## RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of

Inventory of person or property taken and name of any person(s) seized:

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*(Executing officer's signature)*

_____
*(Printed name and title)*